Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  16−15969−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Donna J Anderson
  aka Donna J Brown, aka Donna J Richter,
  aka Donna J Barbour, aka Donna J Reilly,
  aka Donna J Marks
  PO Box 295
  Wallburg, NC 27373

Social Security No.:
  xxx−xx−9622

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 17, 2019</u>                  <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court