From: Donna Anderson

1011 Tuckahoe Rd. Milmay, NJ 08340

609-364-4561

To: Judge: Andrew B. Altenburg Jr.

Re: Case #16159699622 – Donna Anderson                               7/17/19

**PLEASE SEE ATTACHED DOCUMENTS**

Dear Judge Altenburg Jr.,

I received the email from my attorney Terry Tucker today stating my bankruptcy case had been closed without discharge. I became immediately distressed, I have done everything that I was instructed to do of me to satisfy my bankruptcy before it was do. I contacted my lawyer in February and was told by him I could make my final payment online in March. By this time I had already completed the 2nd Debt counseling course and sent my lawyer the certificate. In March, I made the final payment in full in the amount of 2,877.00

Not having credit has been detrimental to my life. I made sure always to keep my address updated in the system which is reflected in the attached documents. I am unsure of what happened, as I was never was told to be expecting a letter –"Certificate in Support of Discharge" from my attorney.

After paying in full, I contacted the trustee's office by phone in April to inquire as to when I could expect letter of discharge and was told it could take up to 90 days, end of June or July. I have been checking my mailbox daily for this life changing document.

To reiterate, I have done everything that was required of me and have done it in a timely manner, not only on-time but ahead of schedule and paid in full. I ask that you consider this case on an individual basis and please, I beg of you to reconsider my outcome by granting me my letter of discharge.

I am very grateful for your time and consideration of this matter.

Sincerely,

*Donna Anderson*

Donna Anderson

**Donna Anderson**

---

**From:** Donna Anderson <jrsygrl@icloud.com>
**Sent:** Wednesday, July 17, 2019 10:26 AM
**To:** Donna Anderson
**Subject:** Fwd: Bkcy

Sent from my iPhone

Begin forwarded message:

> **From:** Terry Tucker <terrytucker@comcast.net>
> **Date:** July 17, 2019 at 9:26:39 AM EDT
> **To:** 'Donna Anderson' <jrsygrl@icloud.com>
> **Subject: Bkcy**
>
> Aaaah! Your case was closed out without a discharge! The Court sent you a form "Certificate in Support of Discharge" (verifying you don't owe child support), and they presumably didn't get it back. -- TT
> terrytucker@comcast.net   856-453-7440

1



DAnderson

Sedona 83

Isabel C. Balboa



Office of the
Chapter 13 Standing Trustee
Isabel C. Balboa, Chapter 13 Standing Trustee
Cherry Hill, NJ

Home (/main/home.asp)    Settings (https://stionlineepaymanager.suntrust.com/Settings/settings.asp)    Logoff (l

**Main Menu**

Payments

Settings

# Welcome Donna Anderson

You last visited us on 22 Apr 2019 at 10:00 AM

Make A Payment    Scheduled Payments    **Payment History**

**Online Payment ID**    16159699622 ▼

**Chapter 13 Trustee**    Isabel C. Balboa

| ID | Date Created | Status | Type | Method | Payment Date | |
|---|---|---|---|---|---|---|
| 5727058 | 23 Mar 2019 6:18 PM | Completed | Single | ACH | Mon | 25 Mar 2019 |
| 5650806 | 25 Feb 2019 2:05 PM | Completed | Single | ACH | Mon | 25 Feb 2019 |
| 5592746 | 01 Feb 2019 11:23 AM | Completed | Single | ACH | Fri | 01 Feb 2019 |
| 5500486 | 28 Dec 2018 9:12 AM | Completed | Single | ACH | Fri | 28 Dec 2018 |
| 5436694 | 30 Nov 2018 3:37 PM | Completed | Single | ACH | Fri | 30 Nov 2018 |
| 5370739 | 03 Nov 2018 8:03 AM | Completed | Single | ACH | Sat | 03 Nov 2018 |
| 5287904 | 02 Oct 2018 8:04 PM | Completed | Single | ACH | Wed | 03 Oct 2018 |
| 5207337 | 03 Sep 2018 6:14 AM | Completed | Single | ACH | Mon | 03 Sep 2018 |
| 5127581 | 02 Aug 2018 8:10 PM | Completed | Single | ACH | Fri | 03 Aug 2018 |
| 5042988 | 02 Jul 2018 7:53 AM | Completed | Single | ACH | Mon | 02 Jul 2018 |
| 4979446 | 07 Jun 2018 12:18 PM | Completed | Single | ACH | Thu | 07 Jun 2018 |
| 4862921 | 25 Apr 2018 6:29 PM | Completed | Single | ACH | Thu | 26 Apr 2018 |
| 4801366 | 31 Mar 2018 8:32 PM | Completed | Single | ACH | Sun | 01 Apr 2018 |
| 4704750 | 27 Feb 2018 5:45 AM | Completed | Single | ACH | Tue | 27 Feb 2018 |
| 4627018 | 28 Jan 2018 9:32 AM | Completed | Single | ACH | Mon | 29 Jan 2018 |
| 4562129 | 31 Dec 2017 9:23 AM | Completed | Single | ACH | Sun | 31 Dec 2017 |
| 4462074 | 21 Nov 2017 4:38 PM | Completed | Single | ACH | Tue | 21 Nov 2017 |
| 4395481 | 27 Oct 2017 9:08 AM | Completed | Single | ACH | Fri | 27 Oct 2017 |
| 4310692 | 25 Sep 2017 8:23 AM | Completed | Single | ACH | Mon | 25 Sep 2017 |
| 4247082 | 30 Aug 2017 6:13 PM | Completed | Single | ACH | Thu | 31 Aug 2017 |
| 4169542 | 31 Jul 2017 11:00 AM | Completed | Single | ACH | Mon | 31 Jul 2017 |
| 4096883 | 01 Jul 2017 6:41 PM | Completed | Single | ACH | Sun | 02 Jul 2017 |