UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Donna J Anderson

| | |
|---|---|
| Case No.: | 16-15969 |
| Hearing Date: | |
| Judge: | ABA |
| Chapter: | 13 |

## ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 18, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____7/17/2019_____ and should be vacated for the reason stated below:

- ☐ Debtor has not yet been discharged
- ☐ Adversary Proceeding number _____ is pending
- ☒ Other: missing certification in support of discharge filed same date that final decree was entered

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*