Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                              Case No.:  16–15969–ABA
                                              Chapter:  13
                                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donna J Anderson
   aka Donna J Brown, aka Donna J Richter,
   aka Donna J Barbour, aka Donna J Reilly,
   aka Donna J Marks
   1011 Tuckahoe Rd.
   Milmay, NJ 08340

Social Security No.:
   xxx–xx–9622

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 18, 2019</u>                      <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court