Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−15969−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donna J Anderson
   aka Donna J Brown, aka Donna J Richter,
   aka Donna J Barbour, aka Donna J Reilly,
   aka Donna J Marks
   PO Box 295
   Wallburg, NC 27373

Social Security No.:
   xxx−xx−9622

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the

Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 17, 2019
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Donna J Anderson  
    Debtor

Case No. 16-15969-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 17, 2019  
                      Form ID: cscnodsc    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db             #+Donna J Anderson,    PO Box 295,    Wallburg, NC 27373-0295
cr              +Bridgeton Onized Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,
                  229 Broad Street,    Red Bank, NJ 07701-2009
516089215      +BOFCU,    2550 S Main Rd,    Vineland, NJ 08360-7138
516285450       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516089216       Cumberland Green Apts,    Ladow Ave,    Millville, NJ 08332
516089217      +Cumberland OB/GYN P.A.,    2950 College Dr. 2G,    Vineland, nJ 08360-6933
516089218      +Dr. Geoffrey C. Ellington D.C.,    390 N. Broadway Suite 300,    Pennsville, NJ 08070-1253
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2019 23:54:25     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2019 23:54:24     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516089214      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 17 2019 23:54:09     Atlantic City Electric,
                  ATTN: Bankruptcy Department, 5 Collins D,    Carneys Point, New Jersey 08069-3600
516124886       E-mail/Text: laura@redbanklaw.com Jul 17 2019 23:53:33
                  Bridgeton Onized Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,
                  PO Box 610,    Red Bank, NJ 07701-0610
516089219      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 17 2019 23:55:03
                  Hyundai Financial,    POB 20829,    Franklin Valley, CA 92728-0829
516303842      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 17 2019 23:55:03
                  Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
516089220      +E-mail/Text: bncnotices@becket-lee.com Jul 17 2019 23:53:51     Kohl's,    PO Box 2983,
                  Milwaukee, WI 53201-2983
516089221      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 23:52:24     Synchrony Bank,    PO Box 960061,
                  Orlando, FL 32896-0061
                                                                                               TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES
           2005-FM1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Michael R. DuPont    on behalf of Creditor    Bridgeton Onized Federal Credit Union
           dupont@redbanklaw.com,    dana@redbanklaw.com
          Terry  Tucker    on behalf of Debtor Donna J Anderson terrytucker@comcast.net
                                                                                               TOTAL: 5
```